This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Dineen Johnson v. Wal-Mart Stores East, LP, Walmart, Inc., C.P. Food Products Inc dba Captn's Pack and CP Foods USA

| | |
|---|---|
| Case Number | 45D10-2202-CT-000165 |
| Court | Lake Superior Court, Civil Division 6 |
| Type | CT - Civil Tort |
| Filed | 02/16/2022 |
| Status | 02/16/2022 , Pending  (active) |

## Parties to the Case

Defendant   Wal-Mart Stores East, LP

Attorney
Robert Burdette Thornburg
*#1959402, Retained*

201 N. Illinois St., Ste. 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800(W)

Defendant   Walmart, Inc.

Attorney
Robert Burdette Thornburg
*#1959402, Retained*

201 N. Illinois St., Ste. 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800(W)

Defendant   C.P. Food Products Inc dba Captn's Pack and CP Foods USA

Address
7135 Minstrel Way
Columbia, MD 21045

Attorney
David Peter Burow Flak
*#2004964, Retained*

Liberty Mutual Group Field Legal Offices
PO Box 6835
Scranton, PA 18505
317-582-0438(W)

Plaintiff   Johnson, Dineen

<u>Attorney</u>
Julie A. Dugan
*#2263745, Retained*

275 Joliet St.
Ste. 330
Dyer, IN 46311
219-322-8222(W)

## Chronological Case Summary

02/16/2022 **Case Opened as a New Filing**

02/16/2022 **Appearance Filed**
Appearance

| | |
|---|---|
| For Party: | Johnson, Dineen |
| File Stamp: | 02/16/2022 |

02/16/2022 **Complaint/Equivalent Pleading Filed**
Complaint for Damages and Jury Demand

| | |
|---|---|
| Filed By: | Johnson, Dineen |
| File Stamp: | 02/16/2022 |

02/16/2022 **Subpoena/Summons Filed**
Summons Wal-Mart Stores East, LP

| | |
|---|---|
| Filed By: | Johnson, Dineen |
| File Stamp: | 02/16/2022 |

02/16/2022 **Subpoena/Summons Filed**
Summons Walmart, Inc.

| | |
|---|---|
| Filed By: | Johnson, Dineen |
| File Stamp: | 02/16/2022 |

02/25/2022 **Service Returned Served (E-Filing)**
Return of Service for Wal-Mart Stores East, LP

| | |
|---|---|
| Filed By: | Johnson, Dineen |
| File Stamp: | 02/25/2022 |

02/25/2022 **Service Returned Served (E-Filing)**
Return of Service on Walmart, Inc.

| | |
|---|---|
| Filed By: | Johnson, Dineen |
| File Stamp: | 02/25/2022 |

03/18/2022 **Appearance Filed**
Appearance on behalf of Defendants

| | |
|---|---|
| For Party: | Wal-Mart Stores East, LP |
| For Party: | Walmart, Inc. |
| File Stamp: | 03/18/2022 |

03/18/2022   **Answer Filed**

Answer to Plaintiff's Complaint

Filed By:                  Wal-Mart Stores East, LP
Filed By:                  Walmart, Inc.
File Stamp:                03/18/2022

03/18/2022   **Hearing Scheduling Activity**

Initial Hearing scheduled for 08/29/2022 at 1:30 PM.

03/18/2022   **Order for Hearing**

Order Scheduling Zoom Case Management Conference

Judicial Officer:          Lang, Kathleen B - PT
Order Signed:              03/18/2022

03/18/2022   **Answer Filed**

Answer (resubmitting per Court instruction)

Filed By:                  Wal-Mart Stores East, LP
Filed By:                  Walmart, Inc.
File Stamp:                03/18/2022

03/19/2022   **Automated ENotice Issued to Parties**

Hearing Scheduling Activity ---- 3/18/2022 : Julie A. Dugan;Robert Burdette Thornburg Order for Hearing ---- 3/18/2022 :
Julie A. Dugan;Robert Burdette Thornburg

04/18/2022   **Motion Filed**

Motion for Leave to File First Amended Complaint

Filed By:                  Johnson, Dineen
File Stamp:                04/15/2022

04/18/2022   **Amended Pleading Filed**

First Amended Complaint for Damages and Jury Demand

Filed By:                  Johnson, Dineen
File Stamp:                04/15/2022

04/18/2022   **Subpoena/Summons Filed**

Summons

Filed By:                  Johnson, Dineen
File Stamp:                04/15/2022

04/18/2022   **Subpoena/Summons Filed**

Summons

Filed By:                  Johnson, Dineen
File Stamp:                04/15/2022

05/18/2022   **Order Granting**

Motion for Leave to File First Amended Complaint.

Judicial Officer:          Adat-Lopez, Rehana R
Order Signed:              05/18/2022

05/19/2022   **Automated ENotice Issued to Parties**

Order Granting ---- 5/18/2022 : Julie A. Dugan;Robert Burdette Thornburg

05/26/2022    **Service Returned Served (E-Filing)**

Return of Service on CP Food Products, Inc. d/b/a Captn's Pack

| | |
|---|---|
| Filed By: | Johnson, Dineen |
| File Stamp: | 05/26/2022 |

05/26/2022    **Service Returned Served (E-Filing)**

Return of Service on CP Foods USA

| | |
|---|---|
| Filed By: | Johnson, Dineen |
| File Stamp: | 05/26/2022 |

06/07/2022    **Answer Filed**

Walmart's Answer to Plaintiff's First Amended Complaint

| | |
|---|---|
| Filed By: | Wal-Mart Stores East, LP |
| Filed By: | Walmart, Inc. |
| File Stamp: | 06/07/2022 |

06/10/2022    **Appearance Filed**

Appearance by C.P. Food Products Inc dba Captn's Pack and CP Foods USA

| | |
|---|---|
| For Party: | C.P. Food Products Inc dba Captn's Pack and CP Foods USA |
| File Stamp: | 06/10/2022 |

06/10/2022    **Motion for Enlargement of Time Filed**

Motion for Extension of Time

| | |
|---|---|
| Filed By: | C.P. Food Products Inc dba Captn's Pack and CP Foods USA |
| File Stamp: | 06/10/2022 |

06/10/2022    **Order Granting Motion for Enlargement of Time**

| | |
|---|---|
| Judicial Officer: | Adat-Lopez, Rehana R |
| Order Signed: | 06/10/2022 |

06/11/2022    **Automated ENotice Issued to Parties**

Order Granting Motion for Enlargement of Time ---- 6/10/2022 : David Peter Burow Flak;Julie A. Dugan;Robert Burdette Thornburg

06/21/2022    **Amended Pleading Filed**

Defendant's Amended Answer to Plaintiff's First Amended Complaint for Damages

| | |
|---|---|
| Filed By: | Wal-Mart Stores East, LP |
| Filed By: | Walmart, Inc. |
| File Stamp: | 06/20/2022 |

08/29/2022    **Initial Hearing**

| | |
|---|---|
| Session: | |
| | 08/29/2022 1:30 PM, Judicial Officer: Adat-Lopez, Rehana R |
| Comment: | via Zoom |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

Johnson, Dineen

Plaintiff

Balance Due (as of 06/24/2022)
0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 02/16/2022 | Transaction Assessment | 157.00 |
| 02/16/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

**45D10-2202-CT-000165**

Lake Superior Court, Civil Division 6

Filed: 2/16/2022 1:04 PM
Clerk
Lake County, Indiana

STATE OF INDIANA    )      IN THE LAKE CIRCUIT/SUPERIOR COURT
                             ) SS:
COUNTY OF LAKE    )    _____, INDIANA

| | |
|---|---|
| DINEEN JOHNSON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v.              ) | Cause No.: |
| ) | |
| WAL-MART STORES EAST, LP and  ) | |
| WALMART, INC.          ) | |
| ) | |
|     Defendants.     ) | |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating __X__    Responding ____    Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: _Dineen Johnson, Plaintiff_____

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   _____

   Telephone # of party _____

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: _Julie A. Dugan_____    Atty Number: _22637-45_
   Address: _Rubino, Ruman, Crosmer & Polen,_
            _275 Joliet Street, Suite 330, Dyer, IN  46311_
   Phone: _(219) 322-8222_    Fax: _(219) 322-6675_
   Email Address: _jdugan@rubinoruman.com_

   *(List on continuation page additional attorneys appearing for above party)*

**IMPORTANT:** Each attorney specified on this appearance:

    (a) certifies that the contact information listed for him on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date this Appearance is filed;

    (b) acknowledges that all orders, opinions, and notices in this matter served under Trial Rule 86(G) will be sent to the attorney at the email address specified by the attorney on the Roll of Attorneys *regardless of the contact information listed above for the attorney;* and

    (c) understands that he is solely responsible for keeping his Roll of Attorneys contact information current and accurate, *see* Ind. Admis. Disc. R. 2(A).

3. This is a \_\_\_\_CT\_\_\_\_ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes \_\_\_\_ No \_X\_ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on* **light green paper**. *Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes \_\_\_\_ No \_X\_ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

    _____        Attorney's address

    _____        The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

    _____        Another address (provide)

_____

6. This case involves a petition for involuntary commitment. Yes \_\_\_\_ No \_X\_

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

    _____

    b. State of Residence of person subject to petition: _____

    c. At least one of the following pieces of identifying information:

        (i) Date of Birth _____

    (ii)  Driver's License Number _____

          State where issued _____ Expiration date _____

    (iii) State ID number _____

          State where issued _____ Expiration date _____

    (iv) FBI number _____

    (v)  Indiana Department of Corrections Number
          _____

    (vi) Social Security Number is available and is being provided in an
          attached confidential document Yes ____ No ____

9.  There are related cases: Yes ____ No __X__ *(If yes, list on continuation page.)*

10. Additional information required by local rule:

_____

11. There are other party members: Yes ____ No__X__ *(If yes, list on
continuation page.)*

12. This form has been served on all other parties and Certificate of Service is
attached:
    Yes___ No _X__

                 */s/ Julie A. Dugan*_____
                 Julie A. Dugan, (22637-45)
                 Attorney-at-Law
                 (Attorney information shown above)

2. CONTINUATION PAGE (Additional Attorneys Appearing)

Name: Terrence M. Rubino          Atty Number: 6220-45

Address: Rubino, Ruman, Crosmer & Polen,

275 Joliet Street, Suite 330, Dyer, IN  46311

Phone: (219) 322-8222     Fax: (219) 322-6675

Email Address: trubino@rubinoruman.com


Name: Andrew A. Crosmer          Atty Number: 11531-45

Address: Rubino, Ruman, Crosmer & Polen, 275 Joliet Street, Suite 330, Dyer, IN 46311

Phone: (219) 322-8222       Fax: (219) 322-6675

Email Address: acrosmer@rubinoruman.com


Name: Michael E. Polen, Jr.          Atty Number: 25052-45

Address: Rubino, Ruman, Crosmer & Polen, 275 Joliet Street, Suite 330, Dyer, IN 46311

Phone: (219) 322-8222       Fax: (219) 322-6675

Email Address: mpolen@rubinoruman.com


Name: Daniel J. Zlatic          Atty Number: 19920-45

Address: Rubino, Ruman, Crosmer & Polen, 275 Joliet Street, Suite 330, Dyer, IN 46311

Phone: (219) 322-8222       Fax: (219) 322-6675

Email Address: dzlatic@rubinoruman.com

45D10-2202-CT-000165

Lake Superior Court, Civil Division 6

Filed: 2/16/2022 1:04 PM
Clerk
Lake County, Indiana

STATE OF INDIANA    )    IN THE LAKE CIRCUIT/SUPERIOR COURT
                     ) SS:
COUNTY OF LAKE      )    _____, INDIANA

DINEEN JOHNSON,         )
                        )
     Plaintiff,         )
                        )
v.                      )    Cause No.:
                        )
WAL-MART STORES EAST, LP and  )
WALMART, INC.          )
                        )
     Defendants.       )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now the plaintiff, Dineen Johnson, by counsel, Julie A. Dugan of Rubino, Ruman, Crosmer, & Polen, and for her cause of action against the defendants, Wal-Mart Stores East, LP and Walmart, Inc., states as follows:

1.    That the defendant, Wal-Mart Stores East, LP, is a corporation licensed to do business in the State of Indiana.

2.    That the defendant, Wal-Mart Stores East, LP, operates store #2544 (Store #2544) located at 6087 US Highway 6, Portage, IN 46368.

3.    That the defendant, Walmart Inc. is located at 702 SW 8th Street, Bentonville, AZ 72712.

4.    That the Defendants manufacture, distribute, and sell Great Value Cooked Shrimp in the State of Indiana.

5.    That on April 16, 2020 and May 13, 2020, the plaintiff, Dineen Johnson, purchased large and extra-large frozen Great Value Cooked Shrimp, Peeled, Deveined and Tail-On from Store #2544.

6.     While eating one package of the shrimp, Plaintiff Dineen Johnson encountered a black substance within the shrimp.

7.     The plaintiff became ill after coming in to contact with the black substance and has required medical treatment for care of her injuries.  As a direct and proximate result, she has incurred medical expenses and mental distress.

8.     When the plaintiff sustained her injuries, she was a consumer and the defendants were the manufacturers, distributors, and sellers.

9.     The defendants placed into the stream of commerce a product in a defective condition unreasonably dangerous to the plaintiff and, pursuant to I. C. § 34-20-2 et. seq.., the defendants are strictly liable to the plaintiff for injuries and damages.

WHEREFORE, the plaintiff seeks compensatory damages which will reasonably compensate her, plus costs, including attorneys' fees for any frivolously asserted affirmative defenses, prejudgment interest and any other proper relief.

/s/ Julie A. Dugan
Julie A. Dugan, #22637-45
RUBINO, RUMAN, CROSMER,
& POLEN
Attorney for Plaintiff

## JURY DEMAND

Plaintiff, by counsel, demands trial by jury.

_s/ Julie A. Dugan_____

Julie A. Dugan, #22637-45
RUBINO, RUMAN, CROSMER,
& POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222
jdugan@rubinoruman.com
Attorney for Plaintiff

45D10-2202-CT-000165

Filed: 2/16/2022 1:04 PM
Clerk
Lake County, Indiana

Lake Superior Court, Civil Division 6

STATE OF INDIANA )
) SS:
COUNTY OF LAKE )

IN THE LAKE CIRCUIT/SUPERIOR COURT

_____, INDIANA

DINEEN JOHNSON, )
      Plaintiff, )
      -vs- )
WAL-MART STORES EAST, LP and )
WALMART, INC. )
      Defendants. )

CAUSE NO.:

## SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:    Wal-Mart Stores East, LP
                                                 c/o C T Corporation System
                                               334 North Senate Avenue
                                               Indianapolis, IN 46204

    You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

    The nature of the suit against you is stated in the Complaint, which is attached to this Summons. It also states the demand which the Plaintiff has made against you.

    You must either personally or by your attorney, file your written answer to the Complaint with the Clerk within twenty (20) days commencing the day after this Summons and the Complaint were personally served upon you or your agent or left for you by the Sheriff or other process server.

    In the event the Summons and Complaint were left for you and you then receive by first class mail (not certified), a copy of the Summons alone, this mailing is merely a confirmation that the Summons and Complaint were previously left for you. You should not consider the date on which you receive the mailed Summons as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the Summons and Complaint were first personally served upon you or your agent or left for you by the Sheriff or other process server.

    However, if you and your agent first received the Summons and the Complaint by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

    If you fail to answer the Complaint of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

    If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

Manner of Service:  **Certified Mail**

Date:    2/16/2022
    _____, 2022

Attorney Julie A. Dugan - #22637-45
RUBINO, RUMAN, CROSMER & POLEN, LLC
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222 (telephone)
(219) 322-6675 (fax)

*Lorenzo Arredondo*

SEAL
LAKE COUNTY COURTS
INDIANA

_____
Lorenzo Arredondo, Clerk of the Lake Superior Court
By _____ (Deputy)

PREPARATION DATA:

    All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service. If service is by certified mail, a properly addressed envelope shall be provided for each Defendant.

    Certified Mail labels and return receipts must be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court. (Form: CS 1/97)

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the Complaint to the Defendant, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____
Lorenzo Arredondo, Clerk of the Lake Superior Court
Date: _____
By _____ (Deputy)

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was mailed to the Defendant, was accepted by the Defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 20_____.

_____
Lorenzo Arredondo, Clerk of the Lake Superior Court
By_____ (Deputy)

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within Summons:

1. By delivering on the _____ day of _____, 20_____, a copy of this Summons, a copy of the Complaint, and all other materials filed the same date to each of the within named person(s).
2. By leaving on the _____ day of _____, 20_____, for each of the within named person)(s), _____ a copy of the Summons, a copy of the Complaint, and all other materials filed the same date at the respective dwelling house or usual place of abode of _____in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the Summons without the Complaint to the said named person(s) at the address listed herein.
3. This Summons came to hand this date, _____, 20_____. The within named, _____, was not found to my bailiwick this date, _____, 20_____.

ALL DONE IN LAKE COUNTY, INDIANA.

_____
Sheriff of Lake County, Indiana

By_____

## SERVICE ACKNOWLEDGED

A copy of the within Summons, a copy of the Complaint, and all materials filed the same date attached hereto were received by me at _____, in _____, Indiana, on this date, _____, 20_____.

_____
Signature of Defendant

**45D10-2202-CT-000165**

Filed: 2/16/2022 1:04 PM
Clerk
Lake County, Indiana

Lake Superior Court, Civil Division 6

| | |
|---|---|
| STATE OF INDIANA ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| ) SS: | |
| COUNTY OF LAKE ) | _____, INDIANA |

| | |
|---|---|
| DINEEN JOHNSON, ) | |
| Plaintiff, ) | |
| -vs- ) | CAUSE NO.: |
| WAL-MART STORES EAST, LP and ) | |
| WALMART, INC. ) | |
| Defendants. ) | |

## SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:

> Walmart, Inc.
> c/o C T Corporation System
> 334 North Senate Avenue
> Indianapolis, IN 46204

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the Complaint, which is attached to this Summons. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney, file your written answer to the Complaint with the Clerk within twenty (20) days commencing the day after this Summons and the Complaint were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the Summons and Complaint were left for you and you then receive by first class mail (not certified), a copy of the Summons alone, this mailing is merely a confirmation that the Summons and Complaint were previously left for you. You should not consider the date on which you receive the mailed Summons as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the Summons and Complaint were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you and your agent first received the Summons and the Complaint by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the Complaint of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

Manner of Service: **Certified Mail**

Date: _____2/16/2022_____, 2022

Attorney Julie A. Dugan - #22637-45
RUBINO, RUMAN, CROSMER & POLEN, LLC
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222 (telephone)
(219) 322-6675 (fax)

*Lorenzo Arredondo*

SEAL
LAKE COUNTY COURTS
INDIANA

_____
Lorenzo Arredondo, Clerk of the Lake Superior Court
By _____(Deputy)

**PREPARATION DATA:**

All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service. If service is by certified mail, a properly addressed envelope shall be provided for each Defendant.

Certified Mail labels and return receipts must be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court. (Form: CS 1/97)

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the Complaint to the Defendant, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____

Lorenzo Arredondo, Clerk of the Lake Superior Court
Date: _____
By _____ (Deputy)

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was mailed to the Defendant, was accepted by the Defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 20_____.

_____

Lorenzo Arredondo, Clerk of the Lake Superior Court
By_____ (Deputy)

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within Summons:

1. By delivering on the _____ day of _____, 20_____, a copy of this Summons, a copy of the Complaint, and all other materials filed the same date to each of the within named person(s).
2. By leaving on the _____ day of _____, 20_____, for each of the within named person(s), _____ a copy of the Summons, a copy of the Complaint, and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the Summons without the Complaint to the said named person(s) at the address listed herein.
3. This Summons came to hand this date, _____, 20_____. The within named, _____, was not found to my bailiwick this date, _____, 20_____.
   ALL DONE IN LAKE COUNTY, INDIANA.

_____

Sheriff of Lake County, Indiana

By_____

## SERVICE ACKNOWLEDGED

A copy of the within Summons, a copy of the Complaint, and all materials filed the same date attached hereto were received by me at _____, in _____, Indiana, on this date, _____, 20_____.

_____

Signature of Defendant

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Walmart, Inc.<br>c/o CT Corporation System<br>334 North Senate Avenue<br>Indianapolis, IN 46204 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6571 1028 4455 62 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery<br>500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 2970 0000 4353 6192 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                                    Domestic Return Receipt

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

1. Article Addressed to:

Wal-Mart Stores East, LP
c/o CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

9590 9402 6571 1028 4455 55

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  d Mail
  d Mail Restricted Delivery
  500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7019 2970 0000 4353 6185

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

Filed: 3/18/2022 6:26 AM
Clerk
Lake County, Indiana

**STATE OF INDIANA**
**IN THE LAKE SUPERIOR COURT**

| | | |
|---|---|---|
| DINEEN JOHNSON, | ) | CAUSE NO. 45D10-2202-CT-000165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP and | ) | |
| WALMART, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:

   Initiating _____          Responding <u>X</u>          Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party <u>Wal-Mart Stores East, LP, also incorrectly sued as Walmart, Inc.</u>

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
   <u>c/o Frost Brown Todd LLC, 201 N Illinois Street, Suite 1900, PO Box 44961, Indianapolis, IN 46244-0961</u>

   Telephone # of party <u>(317) 237-3800</u>

   FAX: <u>(317) 237-3900</u>

   Email Address: <u>rthornburg@fbtlaw.com</u>

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: <u>Robert B. Thornburg</u>          Atty Number: <u>19594-02</u>

   Address: <u>201 N Illinois Street, Suite 1900, PO Box 44961, Indianapolis, IN 46244-09661</u>

   Phone: <u>(317) 237-3800</u>

FAX: (317) 237-3900 _____

Email Address: rthornburg@fbtlaw.com _____

*(List on continuation page additional attorneys appearing for above party)*

3.   This is a <u>Civil Tort</u> case type as defined in administrative Rule 8(B)(3).

4.   I will accept service from other parties by:

   FAX at the above noted number:  Yes ____ No <u>X</u>

   Email at the above noted number:  Yes ____ No <u>X</u>

5.   This case involves child support issues. Yes ____ No <u>X</u>  *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

6.   This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____ No <u>X</u>  *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

   _____   Attorney's address

   _____   The Attorney General Confidentiality program address

                (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

   _____   Another address (provide)

   _____

7.   This case involves a petition for involuntary commitment. Yes ____ No <u>X</u>

8.   If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

   b.  State of Residence of person subject to petition: _____

   c.  At least one of the following pieces of identifying information:

      (i)   Date of Birth _____

      (ii)  Driver's License Number _____

            State where issued _____ Expiration date _____

    (iii)  State ID number _____

          State where issued _____ Expiration date _____

    (iv)  FBI number _____

    (v)   Indiana Department of Corrections Number _____

    (vi)  Social Security Number is available and is being provided in an attached
          confidential document Yes _____ No _____

9.  There are related cases: Yes _____ No X *(If yes, list on continuation page.)*

10. Additional information required by local rule: _____

11. There are other party members: Yes _____ No X *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:

    Yes X No____

                                     Respectfully submitted,

                                     FROST BROWN TODD LLC

                                     By  */s/ Robert B. Thornburg*_____
                                        Robert B. Thornburg, #19594-02
                                        *Attorney for Defendant Wal-Mart Stores*
                                        *East, LP, also incorrectly sued as Walmart,*
                                        *Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 18th day of March, 2022 a copy of the foregoing was served upon all parties through the Court's ECF System.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Julie A. Dugan
RUBINO, RUMAN, CROSMER & POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311
jdugan@rubinoruman.com
*Attorney for Plaintiff*

*/s/ Robert B. Thornburg*

FROST BROWN TODD LLC
201 N Illinois St., Suite 1900
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com

LR08000.0754862   4856-3258-0118v1

STATE OF INDIANA

COUNTY OF LAKE

DINEEN JOHNSON

V.

WAL-MART STORES EAST, LP, WALMART, INC.

Filed in Open Court )
March 18, 2022 )
*Lorenzo Arredondo* )

CLERK LAKE SUPERIOR COURT
MM

IN THE LAKE SUPERIOR COURT, CIVIL DIVISION 6
2293 N MAIN STREET
CROWN POINT INDIANA  46307
CASE NUMBER:  45D10-2202-CT-000165

## ORDER SCHEDULING ZOOM CASE MANAGEMENT CONFERENCE

The **COURT** pursuant to Local Rule 9 and T.R. 16(A) orders that any parties appearing *pro se* in this cause and all counsel of record shall:

By **Zoom** appear for a Case Management Conference before a judicial officer of this Court on **August 29, 2022** promptly at **1:30 PM** to consider:

a)    The possibility of agreement or settlement;

b)    The possibility of disposing of the cause by default or in summary fashion as to some or all parties or as to some or all claims;

c)    The establishment of a bar date for dispositive motions;

d)    The simplification of the issues;

e)    The necessity or desirability of amendments to the pleadings;

f)    The possibility of obtaining admissions or stipulations of fact, law, and the admissibility and authenticity of exhibits which will avoid unnecessary proof;

g)    A limitation of the number of expert witnesses;

h)    An exchange of the names of witnesses to be called during the trial and the general nature of their expected testimony;

i)    Whether the parties are prepared to submit the matter for trial or if the matter should be set for further Status or Pre-Trial Conferences;

j)    The need for discovery, appropriate limitations thereon (if any) and a deadline for the completion of the same;

k)    The utilization of one or more methods of Alternative Dispute Resolution; and

l)    Such other matters as may aid in the disposition of the action.

Pursuant to T.R. 16(K) and T.R. 41(E), failure to attend the Case Management Conference may result in the entry of an order of dismissal or default against the party or parties failing to appear.  In addition, the Court may impose sanctions against any counsel or party who fails to attend the Case Management Conference, is grossly unprepared to participate therein, or refuses in bad faith to enter into stipulations regarding the facts, law or exhibits.

No continuance of the Case Management Conference may be obtained by telephone or other oral request or otherwise be obtained except by prior order upon written motion in strict compliance with the provisions of T. R. 53.5 and Local Rule 7.

At the conclusion at the Case Management Conference, the Court may schedule the cause for trial or order that additional Status or Pre-Trial Conferences be conducted.

**COUNSEL ARE DIRECTED TO HAVE THEIR CALENDARS AVAILABLE DURING THE CASE MANAGEMENT CONFERENCE TO FACILITATE THE SCHEDULING OF ADDITIONAL HEARINGS.**

SO ORDERED on this the 18th day of March, 2022.

*Kathleen B Lang*
Kathleen B. Lang, Judge Pro Tem
Lake Superior Court, Civil Division 6

Filed: 3/18/2022 11:15 AM
Clerk
Lake County, Indiana

## STATE OF INDIANA
## IN THE LAKE SUPERIOR COURT

| | | |
|---|---|---|
| DINEEN JOHNSON, | ) | CAUSE NO. 45D10-2202-CT-000165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP and | ) | |
| WALMART, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT WAL-MART STORES EAST, LP'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES

Defendant Wal-Mart Stores East, LP, also incorrectly sued and identified as Walmart, Inc. ("Wal-Mart"), by counsel, for its Answer to Plaintiff's Complaint for Damages states as follows:

1. Wal-Mart admits that it is licensed to do business in the State of Indiana, but denies the remaining allegations contained in rhetorical paragraph 1.

2. Wal-Mart admits the allegations contained in rhetorical paragraph 2.

3. Wal-Mart denies the allegations contained in rhetorical paragraph 3; however, would admit that Walmart Inc. is located at 702 SW 8th Street, Bentonville, AR 72712.

4. Wal-Mart admits it sells Great Value cooked shrimp in the State of Indiana, but denies the remaining allegations contained in rhetorical paragraph 4.

5. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 5.

6. Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 6.

7.      Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 7.

8.      Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 8.

9.      Wal-Mart denies the allegations contained in rhetorical paragraph 9.

WHEREFORE, Defendant Wal-Mart Stores East, LP, also incorrectly sued and identified as Walmart, Inc., by counsel, respectfully prays that Plaintiff take nothing by way of her Complaint for Damages, for its costs incurred in defending this action, and for all other just and proper relief in the premises.

Respectfully submitted,

FROST BROWN TODD LLC

By   */s/ Robert B. Thornburg*
        Robert B. Thornburg, #19594-02
        *Attorney for Defendant Wal-Mart Stores*
        *East, LP, also incorrectly sued as Walmart,*
        *Inc.*

## AFFIRMATIVE DEFENSES

Defendant Wal-Mart Stores East, LP, also incorrectly sued and identified as Walmart, Inc., by counsel, for its Affirmative Defenses to Plaintiff's Complaint for Damages states as follows:

1.      Plaintiff's damages were caused by her own negligence and any recovery by her is therefore barred or should be reduced pursuant to Indiana's Comparative Fault Act.

2.      Wal-Mart is entitled to a set-off or credit in the event Plaintiff has received or will receive payments from other sources which would result in a double recovery.

3.      Plaintiff failed to mitigate her damages, if any.

Page 2 of 4

4.      Plaintiff's fault includes, *inter alia*, her assumption of the risk and incurred risk.

5.      Although Wal-Mart denies the existence of a defect as alleged by Plaintiff, if Plaintiff was aware of a defect and proceeded to eat the product, such use would bar any recovery by Plaintiff.

6.      At all relevant times, the shrimp complied with all applicable government codes, standards, regulations, or specifications, and therefore Wal-Mart is entitled to a presumption that the shrimp was not defective and that Wal-Mart was not negligent.

7.      The fault of a currently unknown non-party, the manufacturer of the shrimp, caused or contributed to cause the damages complained of, thereby barring or reducing any recovery by Plaintiff pursuant to the Indiana Comparative Fault Act.

8.      Wal-Mart was a retail seller and did not grow, manufacture, process or package the shrimp and therefore cannot be held liable for any defect in the shrimp.

WHEREFORE, Defendant Wal-Mart Stores East, LP, also incorrectly sued as Walmart, Inc., by counsel, respectfully prays that Plaintiff take nothing by way of her Complaint for Damages, for its costs incurred in defending this action, and for all other just and proper relief in the premises.

## REQUEST FOR JURY TRIAL

Comes now Defendant, Wal-Mart Stores East, LP, also incorrectly sued as Walmart, Inc., by counsel, and requests trial by jury in this matter.

Respectfully submitted,

FROST BROWN TODD LLC

By */s/ Robert B. Thornburg*
Robert B. Thornburg, #19594-02
*Attorney for Defendant Wal-Mart Stores
East, LP, also incorrectly sued as Walmart,
Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2022, a copy of the foregoing was served upon all parties through the Court's ECF System.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Julie A. Dugan
RUBINO, RUMAN, CROSMER & POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311
jdugan@rubinoruman.com
*Attorney for Plaintiff*
.

*/s/ Robert B. Thornburg*

FROST BROWN TODD LLC
201 N Illinois St., Suite 1900
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com

LR08000.0754862  4879-4986-7798v1

Page 4 of 4

Filed: 4/15/2022 10:42 AM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CROWN POINT, INDIANA |

| | |
|---|---|
| DINEEN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 45D10-2202-CT-000165 |
| | ) |
| WAL-MART STORES EAST, LP and | ) |
| WALMART, INC. | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Comes now the plaintiff, by counsel, and moves the Court for leave to file her First Amended Complaint for Damages and Jury Demand, and in support thereof, states as follows:

1.     Plaintiff has recently learned through discovery and investigation that the manufacturer of the Great Value Cooked Shrimp referenced in Plaintiff's Complaint is C.P. Food Products Inc. d/b/a Captn's Pack and/or C.P. Foods USA.

2.     Based on this information, the plaintiff moves to add C.P. Food Products Inc. d/b/a Captn's Pack and C.P. Foods USA as additional defendants.

3.     An amendment adding C.P. Food Products Inc. d/b/a Captn's Pack and C.P. Foods USA as defendants creates no legal prejudice to defendants Wal-Mart Stores East, LP and Walmart, Inc.

4.     The above-referenced item was first purchased on April 16, 2020 and therefore, the statute of limitations does not run until April 16, 2022, making the amendment timely.

WHEREFORE, plaintiff prays the Court allow amendment of the Complaint, and for all other relief just and proper in the premises.

 /s/ Julie A. Dugan
JULIE A. DUGAN (#22637-45)
Rubino, Ruman, Crosmer & Polen, LLC
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222
jdugan@rubinoruman.com
Attorney for Plaintiff

<u>Certificate of Service</u>

I certify that on the 15th day of April, 2022, I electronically filed the above and foregoing pleading or paper with the Clerk of the Court using the Court's e-filing service and service of the foregoing pleadings or papers were made on all parties or attorneys of record herein via the Indiana E-filing system.

/s/ Julie A. Dugan

Filed: 4/15/2022 10:42 AM
Clerk
Lake County, Indiana

STATE OF INDIANA    )        IN THE LAKE SUPERIOR COURT
                      ) SS:
COUNTY OF LAKE    )        CROWN POINT, INDIANA

DINEEN JOHNSON,          )
                      )

    Plaintiff,         )
                      )

v.                    ) Cause No.: 45D10-2202-CT-000165
                      )
WAL-MART STORES EAST, LP,    )
WALMART, INC., C.P. FOOD    )
PRODUCTS INC. d/b/a CAPTN'S PACK, and)
C.P. FOODS USA,         )
                      )
    Defendants.       )

FILED IN OPEN COURT

May 18, 2022

*Re R. Adat-Lopez*
SS

JUDGE, LAKE SUPERIOR COURT,
CIVIL DIVISION, ROOM 6
SS

## FIRST AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

### COUNT I

Comes now the plaintiff, Dineen Johnson, by counsel, Julie A. Dugan of Rubino, Ruman, Crosmer, & Polen, and for her cause of action against the defendants, Wal-Mart Stores East, LP and Walmart, Inc., states as follows:

1.    That the defendant, Wal-Mart Stores East, LP, is a corporation licensed to do business in the State of Indiana.

2.    That the defendant, Wal-Mart Stores East, LP, operates store #2544 (Store #2544) located at 6087 US Highway 6, Portage, IN 46368.

3.    That the defendant, Walmart Inc. is located at 702 SW 8th Street, Bentonville, AZ 72712.

4.    That the Defendants manufacture, distribute, and sell Great Value Cooked Shrimp in the State of Indiana.

5.     That on April 16, 2020 and May 13, 2020, the plaintiff, Dineen Johnson, purchased large and extra-large frozen Great Value Cooked Shrimp, Peeled, Deveined and Tail-On from Store #2544.

6.     While eating one package of the shrimp, Plaintiff Dineen Johnson encountered a black substance within the shrimp.

7.     The plaintiff became ill after coming in to contact with the black substance and has required medical treatment for care of her injuries.  As a direct and proximate result, she has incurred medical expenses and mental distress.

8.     When the plaintiff sustained her injuries, she was a consumer and the defendants were the manufacturers, distributors, and sellers.

9.     The defendants placed into the stream of commerce a product in a defective condition unreasonably dangerous to the plaintiff and, pursuant to I. C. § 34-20-2 et. seq.., the defendants are strictly liable to the plaintiff for injuries and damages.

WHEREFORE, the plaintiff seeks compensatory damages which will reasonably compensate her, plus costs, including attorneys' fees for any frivolously asserted affirmative defenses, prejudgment interest and any other proper relief.

  /s/ Julie A. Dugan
Julie A. Dugan, #22637-45
RUBINO, RUMAN, CROSMER,
& POLEN
Attorney for Plaintiff

<u>COUNT II</u>

Comes now the plaintiff, Dineen Johnson, by counsel, Julie A. Dugan of Rubino, Ruman, Crosmer, & Polen, and for her cause of action against the defendants, C.P. Food Products Inc. d/b/a Captn's Pack and C.P. Foods USA, states as follows:

1.-9. That the plaintiff adopts, realleges, and incorporates herein Paragraphs 1 through 9 of Count I of her Complaint as though fully set forth herein.

10. That the Defendants are corporations licensed to do business in the State of Indiana.

11. That the Defendants manufacture, distribute, and sell Great Value Cooked Shrimp in the State of Indiana.

12.    That on April 16, 2020 and May 13, 2020, the plaintiff, Dineen Johnson, purchased large and extra-large frozen Great Value Cooked Shrimp, Peeled, Deveined and Tail-On from Store #2544.

13.    While eating one package of the shrimp, Plaintiff Dineen Johnson encountered a black substance within the shrimp.

14.    The plaintiff became ill after coming in to contact with the black substance and has required medical treatment for care of her injuries.  As a direct and proximate result, she has incurred medical expenses and mental distress.

15.    When the plaintiff sustained her injuries, she was a consumer and the Defendants were the manufacturers, distributors, and sellers.

16.    The defendants placed into the stream of commerce a product in a

defective condition unreasonably dangerous to the plaintiff and, pursuant to I. C. § 34-20-2 et. seq.., the defendants are strictly liable to the plaintiff for injuries and damages.

WHEREFORE, the plaintiff seeks compensatory damages which will reasonably compensate her, plus costs, including attorneys' fees for any frivolously asserted affirmative defenses, prejudgment interest and any other proper relief.


_/s/ Julie A. Dugan_____
Julie A. Dugan, #22637-45
RUBINO, RUMAN, CROSMER,
& POLEN
Attorney for Plaintiff


## JURY DEMAND

Plaintiff, by counsel, demands trial by jury.


_/s/ Julie A. Dugan_____
Julie A. Dugan, #22637-45
RUBINO, RUMAN, CROSMER,
& POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222
jdugan@rubinoruman.com
Attorney for Plaintiff

Filed: 4/15/2022 10:42 AM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CROWN POINT, INDIANA |

| | |
|---|---|
| DINEEN JOHNSON, | ) |
| Plaintiff, | ) |
| -vs- | ) CAUSE NO.: 45D10-2202-CT-000165 |
| WAL-MART STORES EAST, LP, | ) |
| WALMART, INC., C.P. FOOD PRODUCTS INC. | ) |
| d/b/a CAPTN'S PACK, and C.P. FOODS USA, | ) |
| Defendants. | ) |

## SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:    C.P. Food Products, Inc. d/b/a Captn's Pack
7135 Minstrel Way
Suite 203
Columbia, MD 21045

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the Complaint, which is attached to this Summons. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney, file your written answer to the Complaint with the Clerk within twenty (20) days commencing the day after this Summons and the Complaint were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the Summons and Complaint were left for you and you then receive by first class mail (not certified), a copy of the Summons alone, this mailing is merely a confirmation that the Summons and Complaint were previously left for you. You should not consider the date on which you receive the mailed Summons as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the Summons and Complaint were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you and your agent first received the Summons and the Complaint by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the Complaint of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

Manner of Service:    Certified Mail

Date:    **May 23, 2022** _____, 2022

Attorney Julie A. Dugan - #22637-45
RUBINO, RUMAN, CROSMER & POLEN, LLC
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222 (telephone)
(219) 322-6675 (fax)

_Lorenzo Arredondo_ DA
Lorenzo Arredondo, Clerk of the Lake Superior Court
By __DA_____(Deputy)



LAKE COUNTY
SEAL
INDIANA

---

PREPARATION DATA:

All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service. If service is by certified mail, a properly addressed envelope shall be provided for each Defendant.

Certified Mail labels and return receipts must be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court. (Form: CS 1/97)

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the Complaint to the Defendant, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____
Lorenzo Arredondo, Clerk of the Lake Superior Court
Date: _____
By _____ (Deputy)

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was mailed to the Defendant, was accepted by the Defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 20_____.

_____
Lorenzo Arredondo, Clerk of the Lake Superior Court
By_____ (Deputy)

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within Summons:

1. By delivering on the _____ day of _____, 20_____, a copy of this Summons, a copy of the Complaint, and all other materials filed the same date to each of the within named person(s).
2. By leaving on the _____ day of _____, 20_____, for each of the within named person(s), _____ a copy of the Summons, a copy of the Complaint, and all other materials filed the same date at the respective dwelling house or usual place of abode of _____in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the Summons without the Complaint to the said named person(s) at the address listed herein.
3. This Summons came to hand this date, _____, 20_____. The within named, _____, was not found to my bailiwick this date, _____, 20_____.

ALL DONE IN LAKE COUNTY, INDIANA.

_____
Sheriff of Lake County, Indiana

By_____

## SERVICE ACKNOWLEDGED

A copy of the within Summons, a copy of the Complaint, and all materials filed the same date attached hereto were received by me at _____, in _____, Indiana, on this date, _____, 20_____.

_____
Signature of Defendant

Filed: 4/15/2022 10:42 AM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CROWN POINT, INDIANA |

| | |
|---|---|
| DINEEN JOHNSON, ) | |
| Plaintiff, ) | |
| -vs- ) | CAUSE NO.: 45D10-2202-CT-000165 |
| WAL-MART STORES EAST, LP, ) | |
| WALMART, INC., C.P. FOOD PRODUCTS INC. ) | |
| d/b/a CAPTN'S PACK, and C.P. FOODS USA, ) | |
| Defendants. ) | |

## SUMMONS

**THE STATE OF INDIANA TO THE DEFENDANT:**   **C.P. Foods USA**
**7135 Minstrel Way**
**Suite 203**
**Columbia, MD 21045**

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the Complaint, which is attached to this Summons.  It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney, file your written answer to the Complaint with the Clerk within twenty (20) days commencing the day after this Summons and the Complaint were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the Summons and Complaint were left for you and you then receive by first class mail (not certified), a copy of the Summons alone, this mailing is merely a confirmation that the Summons and Complaint were previously left for you. You should not consider the date on which you receive the mailed Summons as the commencement date for the time period allowed for your answer.  Rather, the time period allowed for your written answer commences on the date when the Summons and Complaint were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you and your agent first received the Summons and the Complaint by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the Complaint of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

Manner of Service:   **Certified Mail**

Date:   **May 23, 2022** _____, 2022

Attorney Julie A. Dugan - #22637-45
RUBINO, RUMAN, CROSMER & POLEN, LLC
275 Joliet Street, Suite 330
Dyer, IN  46311
(219) 322-8222 (telephone)
(219) 322-6675 (fax)

*Lorenzo Arredondo* DA



SEAL

Lorenzo Arredondo, Clerk of the Lake Superior Court
By ____DA____ SR _____(Deputy)

---

PREPARATION DATA:

All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service.  If service is by certified mail, a properly addressed envelope shall be provided for each Defendant.

Certified Mail labels and return receipts must be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court. (Form:  CS 1/97)

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the Complaint to the Defendant, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____
Lorenzo Arredondo, Clerk of the Lake Superior Court
Date: _____
By _____ (Deputy)

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was mailed to the Defendant, was accepted by the Defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 20_____.

_____
Lorenzo Arredondo, Clerk of the Lake Superior Court
By_____ (Deputy)

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within Summons:

1. By delivering on the _____ day of _____, 20_____, a copy of this Summons, a copy of the Complaint, and all other materials filed the same date to each of the within named person(s).
2. By leaving on the _____ day of _____, 20_____, for each of the within named person(s), _____ a copy of the Summons, a copy of the Complaint, and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the Summons without the Complaint to the said named person(s) at the address listed herein.
3. This Summons came to hand this date, _____, 20_____. The within named, _____, was not found to my bailiwick this date, _____, 20_____.

ALL DONE IN LAKE COUNTY, INDIANA.

_____
Sheriff of Lake County, Indiana

By_____

## SERVICE ACKNOWLEDGED

A copy of the within Summons, a copy of the Complaint, and all materials filed the same date attached hereto were received by me at _____, in _____, Indiana, on this date, _____, 20_____.

_____
Signature of Defendant

STATE OF INDIANA    )        IN THE LAKE SUPERIOR COURT
                             ) SS:
COUNTY OF LAKE     )        CROWN POINT, INDIANA

DINEEN JOHNSON,             )
                             )
     Plaintiff,            )
                             )
v.                           )        Cause No.: 45D10-2202-CT-000165
                             )
WAL-MART STORES EAST, LP and )      FILED IN OPEN COURT
WALMART, INC.             )           May 18, 2022
                             )
     Defendants.        )           *Rah. Adat-Lopez*
                                         ss
                       JUDGE, LAKE SUPERIOR COURT,
                        CIVIL DIVISION, ROOM 6
**ORDER**                           SS

Comes now the Court, and having reviewed plaintiff's Motion for Leave to File First Amended Complaint, GRANTS same. Plaintiff's First Amended Complaint for Damages and Jury Demand is hereby deemed filed.

SO ORDERED this _____ day of **May 18, 2022** , 2022.

*Rah. Adat-Lopez*
JUDGE, LAKE SUPERIOR COURT  SS

Distribution:
Julie A. Dugan
Robert B. Thornburg



Filed: 4/15/2022 10:42 AM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CROWN POINT, INDIANA |

DINEEN JOHNSON,                                    )
                                                   )
    Plaintiff,                  )
                                                   )
v.                                                 )  Cause No.: 45D10-2202-CT-000165
                                                   )  **FILED IN OPEN COURT**
WAL-MART STORES EAST, LP,                          )  May 18, 2022
WALMART, INC.,  C.P. FOOD                          )
PRODUCTS INC. d/b/a CAPTN'S PACK, and)             )  *R. L. Adat-Lopez*
C.P. FOODS USA,                                    )                            ss
                                                   )  JUDGE, LAKE SUPERIOR COURT,
    Defendants.                 )  CIVIL DIVISION, ROOM 6
                                                   )                            ss

## <u>FIRST AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND</u>

### <u>COUNT I</u>

Comes now the plaintiff, Dineen Johnson, by counsel, Julie A. Dugan of Rubino, Ruman, Crosmer, & Polen, and for her cause of action against the defendants, Wal-Mart Stores East, LP and Walmart, Inc., states as follows:

1.    That the defendant, Wal-Mart Stores East, LP, is a corporation licensed to do business in the State of Indiana.

2.    That the defendant, Wal-Mart Stores East, LP, operates store #2544 (Store #2544) located at 6087 US Highway 6, Portage, IN 46368.

3.    That the defendant, Walmart Inc. is located at 702 SW 8th Street, Bentonville, AZ 72712.

4.    That the Defendants manufacture, distribute, and sell Great Value Cooked Shrimp in the State of Indiana.

5.     That on April 16, 2020 and May 13, 2020, the plaintiff, Dineen Johnson, purchased large and extra-large frozen Great Value Cooked Shrimp, Peeled, Deveined and Tail-On from Store #2544.

6.     While eating one package of the shrimp, Plaintiff Dineen Johnson encountered a black substance within the shrimp.

7.     The plaintiff became ill after coming in to contact with the black substance and has required medical treatment for care of her injuries.  As a direct and proximate result, she has incurred medical expenses and mental distress.

8.     When the plaintiff sustained her injuries, she was a consumer and the defendants were the manufacturers, distributors, and sellers.

9.     The defendants placed into the stream of commerce a product in a defective condition unreasonably dangerous to the plaintiff and, pursuant to I. C. § 34-20-2 et. seq.., the defendants are strictly liable to the plaintiff for injuries and damages.

WHEREFORE, the plaintiff seeks compensatory damages which will reasonably compensate her, plus costs, including attorneys' fees for any frivolously asserted affirmative defenses, prejudgment interest and any other proper relief.

                          /s/ Julie A. Dugan
                          Julie A. Dugan, #22637-45
                          RUBINO, RUMAN, CROSMER,
                          & POLEN
                          Attorney for Plaintiff

## COUNT II

Comes now the plaintiff, Dineen Johnson, by counsel, Julie A. Dugan of Rubino, Ruman, Crosmer, & Polen, and for her cause of action against the defendants, C.P. Food Products Inc. d/b/a Captn's Pack and C.P. Foods USA, states as follows:

1.-9. That the plaintiff adopts, realleges, and incorporates herein Paragraphs 1 through 9 of Count I of her Complaint as though fully set forth herein.

10. That the Defendants are corporations licensed to do business in the State of Indiana.

11. That the Defendants manufacture, distribute, and sell Great Value Cooked Shrimp in the State of Indiana.

12.     That on April 16, 2020 and May 13, 2020, the plaintiff, Dineen Johnson, purchased large and extra-large frozen Great Value Cooked Shrimp, Peeled, Deveined and Tail-On from Store #2544.

13.     While eating one package of the shrimp, Plaintiff Dineen Johnson encountered a black substance within the shrimp.

14.     The plaintiff became ill after coming in to contact with the black substance and has required medical treatment for care of her injuries.  As a direct and proximate result, she has incurred medical expenses and mental distress.

15.     When the plaintiff sustained her injuries, she was a consumer and the Defendants were the manufacturers, distributors, and sellers.

16.     The defendants placed into the stream of commerce a product in a

defective condition unreasonably dangerous to the plaintiff and, pursuant to I. C. § 34-20-2 et. seq.., the defendants are strictly liable to the plaintiff for injuries and damages.

WHEREFORE, the plaintiff seeks compensatory damages which will reasonably compensate her, plus costs, including attorneys' fees for any frivolously asserted affirmative defenses, prejudgment interest and any other proper relief.

/s/ Julie A. Dugan
Julie A. Dugan, #22637-45
RUBINO, RUMAN, CROSMER,
& POLEN
Attorney for Plaintiff

## JURY DEMAND

Plaintiff, by counsel, demands trial by jury.

/s/ Julie A. Dugan
Julie A. Dugan, #22637-45
RUBINO, RUMAN, CROSMER,
& POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222
jdugan@rubinoruman.com
Attorney for Plaintiff

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br> |

1. Article Addressed to:

C.P. Food Products, Inc. d/b/a Captn's
Pack
7135 Minstrel Way
Suite 203
Columbia, MD 21045

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

9590 9402 6571 1028 4469 96

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   ☐ Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7013 2250 0001 4087 6015

PS Form 3811, July 2020 PSN 7530-02-000-9053                                Domestic Return Receipt

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery |
| 1. Article Addressed to:<br><br>C.P. Foods USA<br>7135 Minstrel Way<br>Suite 203<br>Columbia, MD 21045 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6571 1028 4469 89 | 3. Service Type<br>☐ Adult Signature  ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail™<br>☒ Certified Mail®  ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™<br>☐ Collect on Delivery  ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7013 2250 0001 4087 6022 | ☐ Insured Mail<br>d Mail Restricted Delivery ($500) |

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Filed: 6/7/2022 9:59 AM
Clerk
Lake County, Indiana

**STATE OF INDIANA**
**IN THE LAKE SUPERIOR COURT**

| | | |
|---|---|---|
| DINEEN JOHNSON, | ) | CAUSE NO. 45D10-2202-CT-000165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| WALMART, INC., C.P. FOOD | ) | |
| PRODUCTS INC. d/b/a CAPTN'S PACK | ) | |
| and C.P. FOODS USA, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT WAL-MART STORES EAST, LP'S ANSWER TO**
**PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES**

Defendant Wal-Mart Stores East, LP, also incorrectly sued and identified as Walmart, Inc. ("Wal-Mart"), by counsel, for its Answer to Plaintiff's First Amended Complaint for Damages states as follows:

1.     Wal-Mart admits that it is licensed to do business in the State of Indiana, but denies the remaining allegations contained in rhetorical paragraph 1.

2.     Wal-Mart admits the allegations contained in rhetorical paragraph 2.

3.     Wal-Mart denies the allegations contained in rhetorical paragraph 3; however, would admit that Walmart Inc. is located at 702 SW 8th Street, Bentonville, AR 72712.

4.     Wal-Mart admits it sells Great Value cooked shrimp in the State of Indiana, but denies the remaining allegations contained in rhetorical paragraph 4.

5.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 5 and therefore denies the same.

6.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 6 and therefore denies the same.

7.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 7 and therefore denies the same.

8.     Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 8 and therefore denies the same.

9.     Wal-Mart denies the allegations contained in rhetorical paragraph 9.

WHEREFORE, Defendant Wal-Mart Stores East, LP, also incorrectly sued and identified as Walmart, Inc., by counsel, respectfully prays that Plaintiff take nothing by way of her First Amended Complaint for Damages, for its costs incurred in defending this action, and for all other just and proper relief in the premises.

Respectfully submitted,

FROST BROWN TODD LLC

By  */s/ Robert B. Thornburg*
    Robert B. Thornburg, #19594-02
    *Attorney for Defendant Wal-Mart Stores*
    *East, LP, also incorrectly sued as Walmart,*
    *Inc.*

## AFFIRMATIVE DEFENSES

Defendant Wal-Mart Stores East, LP, also incorrectly sued and identified as Walmart, Inc., by counsel, for its Affirmative Defenses to Plaintiff's First Amended Complaint for Damages states as follows:

1.     Plaintiff's damages were caused by her own negligence and any recovery by her is therefore barred or should be reduced pursuant to Indiana's Comparative Fault Act.

2.     Wal-Mart is entitled to a set-off or credit in the event Plaintiff has received or will receive payments from other sources which would result in a double recovery.

3.     Plaintiff failed to mitigate her damages, if any.

4.     Plaintiff's fault includes, *inter alia*, her assumption of the risk and incurred risk.

5.     Although Wal-Mart denies the existence of a defect as alleged by Plaintiff, if Plaintiff was aware of a defect and proceeded to eat the product, such use would bar any recovery by Plaintiff.

6.     At all relevant times, the shrimp complied with all applicable government codes, standards, regulations, or specifications, and therefore Wal-Mart is entitled to a presumption that the shrimp was not defective and that Wal-Mart was not negligent.

7.     The fault of a currently unknown non-party, the manufacturer of the shrimp, caused or contributed to cause the damages complained of, thereby barring or reducing any recovery by Plaintiff pursuant to the Indiana Comparative Fault Act.

8.     Wal-Mart was a retail seller and did not grow, manufacture, process or package the shrimp and therefore cannot be held liable for any defect in the shrimp.

WHEREFORE, Defendant Wal-Mart Stores East, LP, also incorrectly sued as Walmart, Inc., by counsel, respectfully prays that Plaintiff take nothing by way of her First Amended Complaint for Damages, for its costs incurred in defending this action, and for all other just and proper relief in the premises.

## REQUEST FOR JURY TRIAL

Comes now Defendant, Wal-Mart Stores East, LP, also incorrectly sued as Walmart, Inc., by counsel, and requests trial by jury in this matter.

Respectfully submitted,

FROST BROWN TODD LLC

By   */s/ Robert B. Thornburg*
Robert B. Thornburg, #19594-02
*Attorney for Defendant Wal-Mart Stores
East, LP, also incorrectly sued as Walmart,
Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

Julie A. Dugan
RUBINO, RUMAN, CROSMER & POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311
jdugan@rubinoruman.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2022, a copy of the foregoing was sent to the following parties by U.S. First Class Mail, postage prepaid:

C.P. Food Products, Inc. d/b/a Captn's Pack        C.P. Foods USA
7135 Minstrel Way, Suite 203                      7135 Minstrel Way, Suite 203
Columbia, MD  21045                               Columbia, MD  21045


                                        */s/ Robert B. Thornburg*


FROST BROWN TODD LLC
201 N Illinois St., Suite 1900
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com


LR08000.0754862  4879-5083-6259v1

Filed: 6/10/2022 2:12 PM
Clerk
Lake County, Indiana

STATE OF INDIANA         )       IN THE LAKE SUPERIOR COURT
                                ) SS    CROWN POINT, INDIANA
COUNTY OF LAKE         )

                                         CAUSE NO.: 45D10-2202-CT-000165

DINEEN JOHNSON,         )
                              )
        Plaintiff,         )
                              )
      v.                    )
                              )
WAL-MART STORES EAST, LP,   )
WALMART, INC., C.P. FOOD      )
PRODUCTS INC. d/b/a CAPTN'S   )
PACK, and C.P. FOODS USA,     )
                              )
       Defendants.       )

## APPEARANCE

1.   Case Number:  45D10-2202-CT-000165

2.   Party Classification: Initiating _____ Responding ___X___ Intervening _____

3.   The undersigned attorney now appears for the following party:

**C.P. Food Products Inc dba Captn's Pack and CP Foods USA**

4.   Attorney Information (as applicable for service of process):
5.

     David Burow Flak, #20049-64
     LIBERTY MUTUAL GROUP FIELD LEGAL OFFICES
     P.O. Box 6835
     Scranton, PA 18505-6835
     Phone: 219-525-6057 / Fax: 603-334-7281
     David.BurowFlak@LibertyMutual.com

6.   Case Type Requested (if initiating party): _____

7.   Are there related cases? Yes ___ No _X__ If yes, list case and number below:

     a.   Caption _____ Cause Number _____
     b.   Caption _____ Cause Number _____

8. This form has been served on all other parties.  Certificate of Service is attached:

                Yes: ___**X**___        No: _____

9. Additional information required by state or local rule: _____

             By:      */s/ David P. Burow Flak*_____
                       David Burow Flak, #20049-64
                       LIBERTY MUTUAL GROUP FIELD LEGAL OFFICES
                       P.O. Box 6835
                       Scranton, PA 18505-6835
                       Phone: 219-525-6057
                       Fax: 603-334-7281

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following parties by using the Court's IEFS System or U.S. Postal Service, pre-paid delivery, for those parties not yet registered, on this 10th day of June, 2022.

Julia A. Dugan
RUBINO, RUMAN, CROSMER & POLEN, LLC
275 Joliet Street, Suite 330
Dyer, IN 46311

Robert Burdette Thornburg
FROST BROWN TODD LLC
201 North Illinois Street
Suite 1900
Indianapolis, IN 46204

By:    */s/ David P. Burow Flak*
David Burow Flak, #20049-64

LIBERTY MUTUAL GROUP FIELD LEGAL OFFICES
P.O. Box 6835
Scranton, PA 18505-6835
Phone: 219-525-6057
Fax: 603-334-7281
David.BurowFlak@LibertyMutual.com

Filed: 6/10/2022 2:12 PM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS | CROWN POINT, INDIANA |
| COUNTY OF LAKE | ) | |

CAUSE NO: 45D10-2202-CT-000165

DINEEN JOHNSON,                          )
                                         )
     Plaintiff,                        )
                                         )
     v.                                )
                                         )
WAL-MART STORES EAST, LP,                )
WALMART, INC., C.P. FOOD                 )
PRODUCTS INC. d/b/a CAPTN'S              )
PACK, and C.P. FOODS USA,                )
                                         )
     Defendants.                       )

## MOTION FOR EXTENSION OF TIME

Defendants, C.P. Food Products Inc dba Captn's Pack and CP Foods USA, by counsel, David Burow Flak, and respectfully moves this Honorable Court for an extension of time to respond to the Plaintiff's Complaint, pursuant to Ind. Trial Rule 6(B)(1) and would show the Court:.

    1.     That a response to Plaintiff's Complaint is due by June 13, 2022, and that said time has not expired.

    2.     That no prior extensions have been requested.

    3.     That said extension of time would expire on July 13, 2022.

    4.     That such extension of time is necessary for Defendants' attorney to properly investigate the allegations in the Plaintiff's Complaint in order to adequately respond to the Plaintiff's Complaint.

WHEREFORE, the Defendants, C.P. Food Products Inc dba Captn's Pack and CP Foods USA, respectfully pray for an extension of time to respond to the Plaintiff's Complaint, up to and including July 13, 2022 and for all other just and proper relief in the premises.

Respectfully Submitted,

LAW OFFICES OF THE
LIBERTY MUTUAL GROUP

By:     /s/ David P. Burow Flak
        David Burow Flak, #20049-64
        *Attorney for Defendants, C.P. Food Products Inc dba Captn's*
        *Pack and CP Foods USA*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following parties by using the Court's IEFS or U.S. Postal Service, pre-paid delivery, for those parties not yet registered, on this day of 10th day of June, 2022.

Julia A. Dugan
RUBINO, RUMAN, CROSMER & POLEN, LLC
275 Joliet Street, Suite 330
Dyer, IN 46311

Robert Burdette Thornburg
FROST BROWN TODD LLC
201 North Illinois Street
Suite 1900
Indianapolis, IN 46204

By:     /s/ David P. Burow Flak
        David Burow Flak, #20049-64

LAW OFFICES OF THE
LIBERTY MUTUAL GROUP
P.O. Box 6835
Scranton, PA 18505-6835
Phone:  317-582-0438, Ext: 219-525-6057
Fax:  866-200-5771
David.Burow Flak@LibertyMutual.com

STATE OF INDIANA       )      LAKE SUPERIOR COURT
                             ) SS   CROWN POINT, INDIANA
COUNTY OF LAKE        )

                                        CAUSE NO.: 45D10-2202-CT-000165

DINEEN JOHNSON,         )
                              )
       Plaintiff,         )        **FILED IN OPEN COURT**
                              )        June 10, 2022
       v.             )
                              )     *Rih L. Adat-Lopez*
WAL-MART STORES EAST, LP,  )
WALMART, INC., C.P. FOOD    )     **JUDGE, LAKE SUPERIOR COURT,** ss
PRODUCTS INC. d/b/a CAPTN'S )      **CIVIL DIVISION, ROOM 6**
PACK, and C.P. FOODS USA,    )               ss
                              )
       Defendants.     )

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

    The Court, having reviewed the Motion for Extension of Time filed by Defendants, C.P.

Food Products Inc dba Captn's Pack and CP Foods USA, and being duly advised in the premises,

now GRANTS said Motion.

    IT IS THEREFORE ORDERED that the time within which the Defendants, C.P. Food

Products Inc dba Captn's Pack and CP Foods USA, are required to respond to the Plaintiff

Complaint is extended up to and including July 13, 2022.

Date:   **June 10, 2022**       *Rih L. Adat-Lopez*
                              JUDGE, Lake Superior Court     ss

**_Distribution to:_**

David Burow Flak
LAW OFFICES OF THE LIBERTY MUTUAL GROUP
P.O. Box 6835
Scranton, PA 18505-6835

Julia A. Dugan
RUBINO, RUMAN, CROSMER & POLEN, LLC
275 Joliet Street, Suite 330
Dyer, IN 46311

Filed: 6/20/2022 1:10 PM
Clerk
Lake County, Indiana

**STATE OF INDIANA**
**IN THE LAKE SUPERIOR COURT**

| | | |
|---|---|---|
| DINEEN JOHNSON, | ) | CAUSE NO. 45D10-2202-CT-000165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| WALMART, INC., C.P. FOOD | ) | |
| PRODUCTS INC. d/b/a CAPTN'S PACK | ) | |
| and C.P. FOODS USA, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT WAL-MART STORES EAST, LP'S AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

Defendant Wal-Mart Stores East, LP, also incorrectly sued and identified as Walmart, Inc. ("Wal-Mart"), by counsel, for its Amended Answer to Plaintiff's First Amended Complaint for Damages states as follows:

1.    Wal-Mart admits that it is licensed to do business in the State of Indiana, but denies the remaining allegations contained in rhetorical paragraph 1.

2.    Wal-Mart admits the allegations contained in rhetorical paragraph 2.

3.    Wal-Mart denies the allegations contained in rhetorical paragraph 3; however, would admit that Walmart Inc. is located at 702 SW 8th Street, Bentonville, AR 72712.

4.    Wal-Mart admits it sells Great Value cooked shrimp in the State of Indiana, but denies the remaining allegations contained in rhetorical paragraph 4.

5.    Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 5 and therefore denies the same.

6.      Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 6 and therefore denies the same.

7.      Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 7 and therefore denies the same.

8.      Wal-Mart is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 8 and therefore denies the same.

9.      Wal-Mart denies the allegations contained in rhetorical paragraph 9.

WHEREFORE, Defendant Wal-Mart Stores East, LP, also incorrectly sued and identified as Walmart, Inc., by counsel, respectfully prays that Plaintiff take nothing by way of her First Amended Complaint for Damages, for its costs incurred in defending this action, and for all other just and proper relief in the premises.

Respectfully submitted,

FROST BROWN TODD LLC

By  */s/ Robert B. Thornburg*
Robert B. Thornburg, #19594-02
*Attorney for Defendant Wal-Mart Stores
East, LP, also incorrectly sued as Walmart,
Inc.*

## COUNT II

1-9.    Defendant Wal-Mart Stores East, LP, also incorrectly sued and identified as Walmart, Inc., by counsel, hereby incorporates its answers to rhetorical paragraphs one through 9 to Plaintiff's First Amended Complaint as if fully set forth.

10.     The allegations contained in Paragraph 10 of Count II do not contain any allegations directed at Wal-Mart.  Therefore, no response to this Paragraph is needed.  To the

extent that any allegations contained in Paragraph 10 of Count II can be construed as making any allegation against Wal-Mart, any and all such allegations are denied.

11.     The allegations contained in Paragraph 11 of Count II do not contain any allegations directed at Wal-Mart.  Therefore, no response to this Paragraph is needed.  To the extent that any allegations contained in Paragraph 11 of Count II can be construed as making any allegation against Wal-Mart, any and all such allegations are denied.

12.     The allegations contained in Paragraph 12 of Count II do not contain any allegations directed at Wal-Mart.  Therefore, no response to this Paragraph is needed.  To the extent that any allegations contained in Paragraph 12 of Count II can be construed as making any allegation against Wal-Mart, any and all such allegations are denied.

13.     The allegations contained in Paragraph 13 of Count II do not contain any allegations directed at Wal-Mart.  Therefore, no response to this Paragraph is needed.  To the extent that any allegations contained in Paragraph 13 of Count II can be construed as making any allegation against Wal-Mart, any and all such allegations are denied.

14.     The allegations contained in Paragraph 14 of Count II do not contain any allegations directed at Wal-Mart.  Therefore, no response to this Paragraph is needed.  To the extent that any allegations contained in Paragraph 14 of Count II can be construed as making any allegation against Wal-Mart, any and all such allegations are denied.

15.     The allegations contained in Paragraph 15 of Count II do not contain any allegations directed at Wal-Mart.  Therefore, no response to this Paragraph is needed.  To the extent that any allegations contained in Paragraph 15 of Count II can be construed as making any allegation against Wal-Mart, any and all such allegations are denied.

16.    The allegations contained in Paragraph 16 of Count II do not contain any allegations directed at Wal-Mart.  Therefore, no response to this Paragraph is needed.  To the extent that any allegations contained in Paragraph 16 of Count II can be construed as making any allegation against Wal-Mart, any and all such allegations are denied.

## AFFIRMATIVE DEFENSES

Defendant Wal-Mart Stores East, LP, also incorrectly sued and identified as Walmart, Inc., by counsel, for its Affirmative Defenses to Plaintiff's First Amended Complaint for Damages states as follows:

1.    Plaintiff's damages were caused by her own negligence and any recovery by her is therefore barred or should be reduced pursuant to Indiana's Comparative Fault Act.

2.    Wal-Mart is entitled to a set-off or credit in the event Plaintiff has received or will receive payments from other sources which would result in a double recovery.

3.    Plaintiff failed to mitigate her damages, if any.

4.    Plaintiff's fault includes, *inter alia*, her assumption of the risk and incurred risk.

5.    Although Wal-Mart denies the existence of a defect as alleged by Plaintiff, if Plaintiff was aware of a defect and proceeded to eat the product, such use would bar any recovery by Plaintiff.

6.    At all relevant times, the shrimp complied with all applicable government codes, standards, regulations, or specifications, and therefore Wal-Mart is entitled to a presumption that the shrimp was not defective and that Wal-Mart was not negligent.

7.    The fault of a currently unknown non-party, the manufacturer of the shrimp, caused or contributed to cause the damages complained of, thereby barring or reducing any recovery by Plaintiff pursuant to the Indiana Comparative Fault Act.

8.     Wal-Mart was a retail seller and did not grow, manufacture, process or package the shrimp and therefore cannot be held liable for any defect in the shrimp.

WHEREFORE, Defendant Wal-Mart Stores East, LP, also incorrectly sued as Walmart, Inc., by counsel, respectfully prays that Plaintiff take nothing by way of her First Amended Complaint for Damages, for its costs incurred in defending this action, and for all other just and proper relief in the premises.

### REQUEST FOR JURY TRIAL

Comes now Defendant, Wal-Mart Stores East, LP, also incorrectly sued as Walmart, Inc., by counsel, and requests trial by jury in this matter.

Respectfully submitted,

FROST BROWN TODD LLC

By  */s/ Robert B. Thornburg*
Robert B. Thornburg, #19594-02
*Attorney for Defendant Wal-Mart Stores
East, LP, also incorrectly sued as Walmart,
Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

Julie A. Dugan
RUBINO, RUMAN, CROSMER & POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311
jdugan@rubinoruman.com
Attorney for Plaintiff

*David Burow Flak, #20049-64*
*LIBERTY MUTUAL GROUP FIELD*
    *LEGAL OFFICES*
*PO Box 6835*
*Scranton, PA  18505-6835*
*David.BurowFlak@LibertyMutual.com*
*Attorney for C.P. Food Products, Inc. d/b/a*
*Captn's Pack and C.P. Foods USA*


                                    */s/ Robert B. Thornburg*
                                    _____


FROST BROWN TODD LLC
201 N Illinois St., Suite 1900
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com


LR08000.0754862  4879-5083-6259v2